# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
November 5, 2021

Lyle W. Cayce
Clerk

No. 20-30810

Liberty Insurance Underwriters, Incorporated,

*Plaintiff—Appellee*,

*versus*

Gustave J. LaBarre, Jr.; Andre P. V. de LaBarre;
Laurette Labarre Simmons, *Individually and on behalf of her deceased father*, Floyd A. Labarre; Maria de LaBarre; Mary G. de LaBarre; et al.,

*Defendants—Appellants*.

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:18-CV-8612

Before Owen, *Chief Judge*, and Jones and Wilson, *Circuit Judges*.

Per Curiam:*

AFFIRMED. *See* 5th Cir. R. 47.6.

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.